## UNITED STATES of America v. Lelia Madge KOUNS et al.

### No. 2632.

Circuit Court of Appeals, Tenth Circuit.

March 1, 1943.

George H. West, U. S. Atty., of Topeka, Kan., for appellant.

Frank L. Bates, of Kansas City, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Remanded to United States District Court for District of Kansas on application of United States and a stipulation of the parties, for the entry of judgment pursuant to stipulation of settlement.

## UNITED STATES of America, Appellee, v. William C. WEBB, Appellant.

### No. 8117.

Circuit Court of Appeals, Third Circuit.

Argued March 17, 1943.

Decided April 8, 1943.

Michael Breitkopf, of Newark, N. J., for appellant.

Vincent E. Hull, Asst. U. S. Atty., of Newark, N. J. (Charles M. Phillips, U. S. Atty., of Trenton, N. J., on the brief), for appellee.

Before BIGGS, JONES, and GOOD-RICH, Circuit Judges.

PER CURIAM.

The judgment of conviction is affirmed.

## FOWLER BROTHERS COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 9317.

Circuit Court of Appeals, Sixth Circuit.

Feb. 10, 1943.

George E. H. Goodner, of Washington, D. C., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Rollin H. Transue, and Muriel S. Paul, all of Washington, D. C., for respondent.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of record, briefs and argument of counsel for appellant, and on consideration whereof, the court orders and adjudges that the decision of the Board of Tax Appeals be and is affirmed upon the grounds and for the reasons set forth in the opinion of the Board entered on January 16, 1942.